# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

BRANDON JAMES BAKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1627

———————————————

May 27, 2026

Appeal from the Circuit Court for Hillsborough County; Robin F. Fuson, Judge.

Blair Allen, Public Defender, and Jonah K. Dickstein, Assistant Public Defender, Bartow, for Appellant.

Brandon James Baker, pro se.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, BLACK, and SLEET, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.